FILED

11/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0639

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0639

_____

FORWARD MONTANA; LEO GALLAGHER;
MONTANA ASSOCIATION OF CRIMINAL
DEFENSE LAWYERS; GARY ZADICK,

      Plaintiffs and Appellants,

    v.                                                                          O R D E R

THE STATE OF MONTANA, by and through
GREG GIANFORTE, Governor,

      Defendant and Appellee.

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 29 2023